## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22CV21455-BLOOM

Plaintiff:
**GRUPO EXPERIENCIAS XCARET, S.A.P.I. DE C.V., ET AL**

vs.

Defendant:
**VACATION TOURS, INC D/B/A VACATION STORE OF MIAMI, ET AL**

For:
Robert H. Thornburg, Esquire
ALLEN, DYER, DOPPELT & GILCHRIST, P.A.
1221 BRICKELL AVENUE, SUITE 2400
MIAMI, FL 33131

Received by Lightning Legal Couriers on the 11th day of May, 2022 at 2:05 pm to be served on **VACATION TOURS, INC D/B/A VACATION STORE OF MIAMI C/O ROSANNA M. MENDEZ, REGISTERED AGENT, 4201 SW 11 STREET, CORAL GABLES, FL 33134**.

I, Roy Martinez, do hereby affirm that on the **12th day of May, 2022** at **9:30 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint for Willful Trademark Infringement, Cybersquatting, Unfair Competition and Related Damages** with the date and hour of service endorsed thereon by me, to: **JAQUELINE HERNANDEZ AS ACCOUNTING CLERK AT THE OFFICE OF ROSANNA M. MENDEZ** as **REGISTERED AGENT** for **VACATION TOURS, INC D/B/A VACATION STORE OF MIAMI**, at the address of: **4201 SW 11 STREET, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Roy Martinez
CPS#10040

**Lightning Legal Couriers**
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2022002370

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

5/12/22 9:30 AM
run #10040

| | |
|---|---|
| GRUPO EXPERIENCIAS XCARET, S.A.P.I. DE C.V., et al., *Plaintiff(s)* | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 22cv21455-BLOOM |
| VACATION TOURS, INC d/b/a VACATION STORE OF MIAMI, et al. *Defendant(s)* | )<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vacation Tours, Inc. d/b/a Vacation Store of Miami
c/o Rosanna M. Mendez, Registered Agent
4201 SW 11 Street
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 11, 2022

Angela E. Noble
Clerk of Court

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts